# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Floyd M. Crane

**Debtor(s)**

**Bankruptcy No.** 12 B 13411

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above -captioned case for another status hearing on February 28, 2013 at 10:30 a.m. In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Joseph A. Baldi is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013

In re: Floyd M. Crane
Bankruptcy No. 12 B 13411

## CERTIFICATE OF SERVICE

I, Lester Smith, certify that on January 3, 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

*Debtor's Attorney*

**Glenda J. Gray**
Law Office Of Glenda J Gray
223 West Jackson Blvd., Suite 1116
Chicago, IL 60606

*Trustee*

**Joseph A Baldi, Tr**
Baldi Berg & Wallace, Ltd.
19 S Lasalle Street Suite 1500
Chicago, IL 60603

*U.S. Trustee*

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

*Debtor*

**Floyd M. Crane**
8600 South Champlain
Chicago, IL 60619